APPEAL,IFP,NPROSE,USMS−SSVC

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:21−cv−06001−ENV−LB

| | |
|---|---|
| Igartua v. John Doe "Detectives in the 79th Precinct" | Date Filed: 10/27/2021 |
| Assigned to: Judge Eric N. Vitaliano | Jury Demand: Defendant |
| Referred to: Magistrate Judge Lois Bloom | Nature of Suit: 440 Civil Rights: Other |
| other Cases: 1:09−cv−03287−ENV−ALC | Jurisdiction: Federal Question |
| 1:09−cv−04356−ENV−LB | |
| 1:09−cv−05225−ENV−LB | |
| 1:10−cv−00940−ENV−LB | |
| 1:10−cv−00939−ENV−RLM | |
| 1:10−cv−04460−ENV−LB | |
| 1:13−cv−04167−ENV−LB | |
| 1:15−cv−03807−ENV−LB | |
| 1:15−cv−03806−ENV−LB | |
| 1:16−cv−02644−ENV−LB | |
| 1:16−cv−02645−ENV−LB | |
| 1:19−cv−05831−ENV−LB | |
| 1:19−mc−03256−ENV | |

Cause: 42:1983 Civil Rights Act

**Plaintiff**

**Edna Igartua**      represented by    **Edna Igartua**
31 Van Buren Street
Apt. 404
Brooklyn, NY 11221
347−789−3189/347−385−6557
*PRO SE*

V.

**Defendant**

**One Police Department (79th) Precinct**
*TERMINATED: 10/27/2021*

**Defendant**

**Police Officer Danny Su**      represented by    **John Edmund Schemitsch**
*Shield # 13167*
New York City Law Department
100 Church Street
New York, NY 10007
646−740−1295
Email: jschemit@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luc Christopher Pierre−Louis**
Herrick, Feinstein LLP
Special Federal Litigation
2 Park Avenue
New York, NY 10016
212−592−1400
Email: lpierrelouis@herrick.com
*TERMINATED: 01/25/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Bahrenburg**
Ford Harrison LLC
366 Madison Avenue
Ste Seventh Floor
New York, NY 10017
212–453–5937
Email: rbahrenburg@fordharrison.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luca Difronzo**
New York City Law Department
100 Church Street
New York, NY 10007
212–356–2354
Email: ldifronz@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Office of the Corporation Counsel**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2021 | 1 | COMPLAINT against One Police Department (79th) Precinct, filed by Edna Igartua. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 10/28/2021) |
| 10/27/2021 | 2 | MOTION for Leave to Proceed in forma pauperis by Edna Igartua. (Bowens, Priscilla) (Entered: 10/28/2021) |
| 10/27/2021 | 3 | MOTION to Appoint Counsel by Edna Igartua. (Bowens, Priscilla) (Entered: 10/28/2021) |
| 10/28/2021 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 10/28/2021) |
| 11/04/2021 | 5 | MEMORANDUM and ORDER: All claims against the New York City Police Department and 79th Police Precinct are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). No summons shall issue as to these defendants and the Clerk of Court is directed to amend the caption to reflect the dismissal of these defendants. Igartua's request for pro bono counsel is denied without prejudice. Igartua's claims against John Doe "Detectives in the 79th Precinct" shall proceed. The Court requests that Corporation Counsel ascertain the full name and service address of the John Doe police officer who allegedly falsely arrested Igartua on November 29, 2020, between 7:00pm and 8:30pm at Vanburen Street and Throop Avenue in Brooklyn, New York. *See Valentin v. Dinkins*, 121 F.3d 72 (2d. Cir. 1997) (per curiam). Corporation Counsel need not undertake to defend or indemnify this individual at this time. This Order merely provides a means by which plaintiff may name and properly serve the defendant as instructed by the Second Circuit in *Valentin*. Corporation Counsel shall produce the information specified above regarding the identity and service address of the remaining defendant within forty–five (45) days from the entry of this Order. Once this information is provided, Igartua's complaint shall be deemed amended to reflect the full name and service address of the remaining defendant, a summons shall issue and the United States Marshal Service shall serve the summons, |

| | | |
|---|---|---|
| | | the complaint, and this Order upon the remaining defendant without prepayment of fees.<br><br>The Clerk of Court shall send a copy of this Order to Igartua and to the Corporation Counsel for the City of New York, Special Federal Litigation Division.<br><br>The case is referred to Magistrate Judge Lois Bloom for pretrial supervision. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).<br><br>SO Ordered by Judge Eric N. Vitaliano on 11/3/2021. (Tavarez, Jennifer) (Entered: 11/04/2021) |
| 12/20/2021 | 6 | Letter *Responding to Courts Order Dated November 3, 2021* by Office of the Corporation Counsel (Bahrenburg, Richard) (Entered: 12/20/2021) |
| 12/21/2021 | 7 | ORDER: The Office of the Corporation Counsel writes in response to the Court's 11/3/2021 Valentin 5 Order. The Clerk of Court shall amend the caption as set forth above and shall issue a summons for defendant Police Officer Danny Su, Shield No. 13167. The Court directs the United States Marshals Service to serve the summons and 1 Complaint upon Su at the above address without prepayment of fees. SO ORDERED by Magistrate Judge Lois Bloom, on 12/21/2021. *(Defendant's Name has been updated.)* C/mailed (Latka–Mucha, Wieslawa) (Entered: 12/21/2021) |
| 12/21/2021 | 8 | SUMMONS ISSUED Issued as to **Police Officer Danny Su**. *(Courtesy copies of the Summons, the Court's Orders dated 12/21/2021, 11/3/2021 and Plaintiff's 1 Complaint sent to the Office of the Corporation Counsel via first class mail.)* (Latka–Mucha, Wieslawa) (Entered: 12/22/2021) |
| 01/20/2022 | 9 | SUMMONS Returned Executed on behalf of *pro se* Edna Igartua. **Police Officer Danny Su** served on 1/14/2022, answer due 2/4/2022. (Latka–Mucha, Wieslawa) (Entered: 01/20/2022) |
| 01/24/2022 | 10 | ANSWER to Complaint by Danny Su. (Bahrenburg, Richard) (Entered: 01/24/2022) |
| 01/25/2022 | 11 | SCHEDULING ORDER: The Court shall hold the initial conference by telephone in pro se plaintiff's civil rights case on February 24, 2022 at 10:30 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 10:30 a.m. No planning conference pursuant to Rule 26(a) shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. See attached Order. Ordered by Magistrate Judge Lois Bloom on 1/25/2022. (Yindra, Hannah) (Entered: 01/25/2022) |
| 02/07/2022 | 12 | Letter dated 2/1/2022 to Judge Vitaliano from Edna Igartua requesting the Court reconsider her motion to appoint counsel. See letter for details. (Tavarez, Jennifer) (Entered: 02/10/2022) |
| 02/24/2022 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 2/24/2022 (AT&T Log #10:35–11:07.) (Yindra, Hannah) (Entered: 02/25/2022) |
| 02/25/2022 | 13 | ORDER: The Court held a telephone status conference in plaintiff's *pro se* civil rights case on February 24, 2022. Defendant's counsel shall send plaintiff the release for the records underlying this false arrest claim, and plaintiff shall sign and return the release to defendant's counsel. The Court denied plaintiff's request for *pro bono* counsel and reminded plaintiff that there is no right to counsel in civil cases. The Court granted plaintiff's request to stay the case until the conclusion of the Civilian Complaint Review Board investigation.<br>The Court shall hold another telephone status conference on May 10, 2022 at 10:30 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 10:30 a.m. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. See attached Order. Ordered |

| | | |
|---|---|---|
| | | by Magistrate Judge Lois Bloom on 2/24/2022. (Yindra, Hannah) (Entered: 02/25/2022) |
| 05/06/2022 | 14 | MOTION to Adjourn Conference by Danny Su. (Bahrenburg, Richard) (Entered: 05/06/2022) |
| 05/09/2022 | 15 | ORDER: Defendant requests that the conference on May 10, 2022, be adjourned. ECF No. 14 . Although plaintiff consents, the request is denied. The Court understands that the Office of the Corporation Counsel requires time to review the CCRB findings and has yet to receive plaintiff's releases. However, the Court believes the status conference would benefit the parties and the case.<br>The parties shall appear at the telephone status conference on May 10, 2022 at 10:30 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 10:30 a.m. Defendant shall communicate this Order to plaintiff by any means available. See attached Order. Ordered by Magistrate Judge Lois Bloom on 5/9/2022. (Yindra, Hannah) (Entered: 05/09/2022) |
| 05/10/2022 | 16 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Status Conference held on 5/10/2022 (AT&T Log #10:36–11:12.) (Yindra, Hannah) (Entered: 05/10/2022) |
| 05/10/2022 | 17 | ORDER: The Court held a telephone status conference in plaintiff's *pro se* civil rights case on May 10, 2022. The Court declined to set discovery deadlines while defendant awaits the releases underlying the arrest in this claim and plaintiff awaits receipt of the CCRB investigation report.<br>The Court shall hold another telephone status conference on June 8, 2022, at 11:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 11:00 a.m. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. See attached Order. Ordered by Magistrate Judge Lois Bloom on 5/10/2022. (Yindra, Hannah) (Entered: 05/10/2022) |
| 05/25/2022 | 18 | STATUS REPORT by Danny Su (Bahrenburg, Richard) (Entered: 05/25/2022) |
| 06/07/2022 | 19 | STATUS REPORT *Reflecting Defendant's Interaction with Plaintiff on June 6, 2022* by Danny Su (Bahrenburg, Richard) (Entered: 06/07/2022) |
| 06/08/2022 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Telephone Conference held on 6/8/2022. Mr. Bahrenburg and Mr. Pierre–Louis appeared for defendant. *Pro se* plaintiff, Ms. Igartua, failed to appear. (AT&T Log #11:20–11:28.) (Yindra, Hannah) (Entered: 06/09/2022) |
| 06/08/2022 | 20 | ORDER: The Court held a telephone status conference in plaintiff's pro se civil rights case on June 8, 2022. Mr. Bahrenburg and Mr. Pierre–Louis appeared for defendant. Pro se plaintiff, Ms. Igartua, failed to appear. Plaintiff had notice of the time and date of the conference, which was scheduled at the prior conference on May 10, 2022. Plaintiff did not contact the Court or defendant's counsel to request an adjournment. Defendant's counsel attempted to contact plaintiff by email and phone during the conference to no avail.<br>Rule 16(f) of the Federal Rules of Civil Procedure provides: "[o]n motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)–(vii), if a party or its attorney... fails to appear at a scheduling or other pretrial conference...." Under Rule 37(b)(2)(A)(v), the Court may dismiss an action for a party's failure to comply with a court order. This is plaintiff's case to vindicate her rights. She must comply with the Courts orders. Plaintiff is ordered to show good cause why she failed to appear for the telephonic conference on June 8, 2022. Plaintiff is further directed that she must sign and return the CPL §160.50 release provided to her by defendant's counsel.<br>The Court shall hold another telephone conference on July 7, 2022, at 9:30 a.m. to give plaintiff one last chance to timely appear and to sign the necessary release. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 9:30 a.m. Plaintiff shall timely appear at the July 7, 2022, conference and shall show good cause why she did not appear at the June 8th conference. If plaintiff is unable to attend the July 7th conference for any reason, she must notify the Court and defendant's attorney at least seventy–two (72) hours before |

| | | |
|---|---|---|
| | | the scheduled conference.<br>Plaintiff is warned that if she fails to timely appear at the July 7, 2022, conference without notifying the Court that she cannot attend, I shall recommend that this case should be dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure. See Valentine v. Museum of Modern Art, 29 F.3d 47, 49 (2d Cir. 1994) ("The severe sanction of dismissal with prejudice may be imposed even against a plaintiff who is proceeding pro se, so long as warning has been given that noncompliance can result in dismissal."). See attached Order. Ordered by Magistrate Judge Lois Bloom on 6/8/2022. (Yindra, Hannah) (Entered: 06/10/2022) |
| 07/08/2022 | 21 | ORDER: The Court held a telephone status conference on July 7, 2022. Plaintiff appeared as directed and the Court accepted plaintiff's reason for failing to attend the prior conference. However, plaintiff is explicitly warned that if she fails to timely appear again without notifying defendant's counsel and the Court that she cannot attend, I shall recommend that this case should be dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure.<br>The Court shall hold another telephone conference on August 23, 2022 at 10:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 10:00 a.m. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. If plaintiff is unable to appear at the conference for any reason, she must notify defendants counsel and the Court.<br>Plaintiff is further directed that she must return the signed and notarized copy of the CPL §160.50 release to defendant's counsel by July 14, 2022. The case cannot proceed without the underlying documents relating to the arrest she is challenging. Defendant's counsel shall provide a copy of the documents to plaintiff once they are obtained. If counsel does not receive the release from plaintiff by July 14, 2022, he shall notify the Court. See attached Order. Ordered by Magistrate Judge Lois Bloom on 7/8/2022. (Yindra, Hannah) (Entered: 07/08/2022) |
| 07/14/2022 | 22 | NOTICE of Appearance by Luc Christopher Pierre–Louis on behalf of Danny Su (aty to be noticed) (Pierre–Louis, Luc) (Entered: 07/14/2022) |
| 07/14/2022 | 23 | STATUS REPORT *Pursuant to Your Honor's Order dated July 8, 2022* by Danny Su (Pierre–Louis, Luc) (Entered: 07/14/2022) |
| 07/15/2022 | 24 | ORDER: Defendant's counsel reports that he did not receive plaintiff's CPL §160.50 release by July 14, 2022. ECF No. 23 . The Court directed plaintiff to sign and deliver the notarized release to defendant's counsel by July 14, 2022. This is not the first time that the Court has directed plaintiff to sign and return this release. The Court is not going to continue to repeat itself. Defendant reports that plaintiff stated she mailed the release on July 12, 2022. Id. If defendant's counsel does not receive the release by July 19, 2022, he shall notify the Court. Plaintiff is again warned that if she fails to comply with the Courts orders, I will recommend that this case should be dismissed. See attached Order. Ordered by Magistrate Judge Lois Bloom on 7/15/2022. (Yindra, Hannah) (Entered: 07/15/2022) |
| 07/19/2022 | 25 | STATUS REPORT *Responding to Your Honor's Order dated July 15, 2022* by Danny Su (Pierre–Louis, Luc) (Entered: 07/19/2022) |
| 07/20/2022 | 26 | STATUS REPORT *Informing the Court of the Receipt of the CPL 160.50 Release* by Danny Su (Pierre–Louis, Luc) (Entered: 07/20/2022) |
| 07/21/2022 | 27 | ORDER: The Court has received defendant's status letters. ECF Nos. 25, 26. The Court shall hold the telephone status conference on August 23, 2022, at 10:00 a.m. as previously scheduled. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 10:00 a.m. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. If plaintiff is unable to appear at the conference for any reason, she must notify defendant's counsel and the Court. Ordered by Magistrate Judge Lois Bloom on 7/21/2022. (Yindra, Hannah) (Entered: 07/21/2022) |

| | | |
|---|---|---|
| 08/23/2022 | 28 | ORDER: The Court held a status conference in pro se plaintiff's civil rights case on August 23, 2022. Although the Court scheduled the conference to be held by telephone, plaintiff appeared in person and the Court accepted plaintiff's reason for failing to attend by phone. Defendant's counsel appeared by telephone. Defendant's counsel has received the signed CPL § 160.50 release and has requested the records underlying this case. Defendant's counsel shall deliver all responsive documents to plaintiff by September 23, 2022. The parties shall amend any pleadings, if necessary, by September 23, 2022. Fed. R. Civ. P. 16(b)(3)(A). The parties shall complete all discovery, including depositions, by December 12, 2022, and file any pre motion conference request by January 12, 2023, in accordance with Judge Vitaliano's Individual Rules. See attached Order. Ordered by Magistrate Judge Lois Bloom on 8/23/2022. (Yindra, Hannah) (Entered: 08/23/2022) |
| 09/22/2022 | 29 | Letter MOTION for Extension of Time to Amend 1 Complaint by Edna Igartua. (Tavarez, Jennifer) (Entered: 09/22/2022) |
| 09/23/2022 | 30 | ORDER: Pro se plaintiff requests, with defendant's consent, an extension of time to file her Amended Complaint. ECF No. 29. The request is granted. Plaintiff shall file her Amended Complaint by September 30, 2022. Ordered by Magistrate Judge Lois Bloom on 9/23/2022. (Yindra, Hannah) (Entered: 09/23/2022) |
| 12/12/2022 | 31 | MOTION for Extension of Time to Complete Discovery by Danny Su. (Pierre-Louis, Luc) (Entered: 12/12/2022) |
| 12/13/2022 | 32 | ORDER: Defendant requests an extension of time to complete discovery in order to take plaintiff's deposition. ECF No. 31. Plaintiff consents to this request. The request is granted. The parties shall complete all discovery, including depositions, by January 26, 2023, and shall file any pre motion conference request by February 26, 2023, in accordance with Judge Vitaliano's Individual Rules. See attached Order. Ordered by Magistrate Judge Lois Bloom on 12/13/2022. (HY) (Entered: 12/13/2022) |
| 01/11/2023 | 33 | MOTION for Extension of Time to Complete Discovery by Danny Su. (Pierre-Louis, Luc) (Entered: 01/11/2023) |
| 01/13/2023 | 34 | ORDER: Defendant requests, with plaintiff's consent, a second extension of the deadline to complete discovery. ECF No. 33. The request is granted. The parties shall complete all discovery, including depositions, by March 26, 2023, and shall file any pre motion conference request by April 26, 2023, in accordance with Judge Vitaliano's Individual Rules. While the Court is sympathetic to plaintiff's recent hospitalization, plaintiff is required to sit for a deposition and shall identify deposition dates when contacted by defendant's attorney. Failure to do so may result in sanctions, including the dismissal of her case. See attached order. Ordered by Magistrate Judge Lois Bloom on 1/13/2023. (VP) (Entered: 01/13/2023) |
| 01/23/2023 | 35 | NOTICE of Appearance by John Edmund Schemitsch on behalf of Danny Su (aty to be noticed) (Schemitsch, John) (Entered: 01/23/2023) |
| 01/23/2023 | 36 | MOTION to Substitute Attorney by Danny Su. (Attachments: # 1 Declaration of LUC C PIERRE LOUIS in support of subsitution) (Schemitsch, John) (Entered: 01/23/2023) |
| 01/23/2023 | 37 | NOTICE of Appearance by John Edmund Schemitsch on behalf of Danny Su (notification declined or already on case) (Schemitsch, John) (Entered: 01/23/2023) |
| 01/23/2023 | 38 | Amended MOTION to Substitute Attorney *JOHN SCHEMITSCH* by Danny Su. (Attachments: # 1 Declaration of LUC C PIERRE LOUIS in support of substitution (amended)) (Schemitsch, John) (Entered: 01/23/2023) |
| 01/25/2023 | 39 | ORDER: Defendant's amended motion to substitute John Edmund Schemitsch for Luc C. Pierre-Louis as counsel of record, ECF No. 38, is granted. See attached Order. Ordered by Magistrate Judge Lois Bloom on 1/25/2023. (VP) (Entered: 01/25/2023) |
| 03/14/2023 | 40 | NOTICE of Appearance by Luca Difronzo on behalf of Danny Su (aty to be noticed) (Difronzo, Luca) (Entered: 03/14/2023) |
| 03/17/2023 | 41 | Letter dated 3/12/2023 to Judge Dearie from Edna Igartua requesting arbitration for this matter. See letter foe details. (JT) (Entered: 03/22/2023) |

| | | |
|---|---|---|
| 03/23/2023 | | ORDER: Plaintiff's letter asks the Court to "convert" this litigation into arbitration, due to plaintiff's financial difficulties. This case, however, is not eligible for compulsory arbitration, *see* Local Civil Rule 83.7(d)(1), nor does the Court believe arbitration would resolve plaintiff's financial concerns. That request is hereby denied. There are other options available to plaintiff, however, that might provide her with low–cost or no–cost resolution of her case. **Plaintiff is strongly encouraged to contact the Court's Alternative Dispute Resolution Administrator at (718) 613–2578.** Ordered by Judge Eric N. Vitaliano on 3/23/2023. (SW) (Entered: 03/23/2023) |
| 03/24/2023 | 42 | Third MOTION for Extension of Time to Complete Discovery by Danny Su. (Difronzo, Luca) (Entered: 03/24/2023) |
| 03/29/2023 | 43 | ORDER: Defendant requests, with plaintiff's consent, a third extension of the deadline to complete discovery. ECF No. 42 . The Court shall hold a telephone conference on April 10, 2023 at 1:30 p.m. to address the request. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 1:30 p.m. on April 10, 2023.<br><br>Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. Plaintiff is reminded that if she is unable to appear at the conference for any reason, she must notify defendant's counsel and the Court. See attached Order. Ordered by Magistrate Judge Lois Bloom on 3/29/2023. (VP) (Entered: 03/29/2023) |
| 04/10/2023 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Status Conference held on 4/10/2023 (AT&T Log #1:50–2:01.) (VP) (Entered: 04/10/2023) |
| 04/10/2023 | 44 | ORDER: The Court held a telephone status conference in *pro se* plaintiff's civil rights action on April 10, 2023. Plaintiff failed to appear. The Court has explicitly warned plaintiff that failure to appear at a Court–ordered conference is a basis to dismiss her case. See ECF Nos. 20 , 21 . However, as the parties have scheduled plaintiff's deposition for April 14, 2023, the Court hereby orders plaintiff to appear for her deposition. This is a Court Order and plaintiff must comply. Defendant's motion to extend the deadline to complete discovery, ECF No. 42 , is granted to allow the parties to conduct plaintiff's deposition as scheduled. Assuming that plaintiff timely appears and completes her deposition, discovery shall be closed and the parties shall file any pre–motion conference request by May 26, 2023, in accordance with Judge Vitaliano's Individual Rules.<br><br>Plaintiff is warned that if she fails to appear for her deposition, defendant will request, and I shall recommend, that her case should be dismissed for failure to comply with a discovery order pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). If plaintiff fails to timely appear for her remote deposition on April 14, 2023, defendant shall notify the Court and request dismissal of this action by April 18, 2023.<br><br>The Clerk of Court is directed to send plaintiff a copy of this Order by overnight mail. Defendant is also directed to email a courtesy copy of this Order to plaintiff. See attached Order. Ordered by Magistrate Judge Lois Bloom on 4/10/2023. (VP) (Entered: 04/10/2023) |
| 04/10/2023 | 45 | CERTIFICATE OF SERVICE: Re 44 Order dated 4/10/2023 sent by Chambers, to pro se party Edna Igartua 31 Van Buren Street Apt. 404 Brooklyn, NY 11221, via FedEx Standard Overnight on 4/10/2023.Tracking #: 814878231425 (VM) (Entered: 04/11/2023) |
| 04/11/2023 | 46 | Letter to Judge Vitaliano from Edna Igartua requesting to amend civil complaint. See letter for details. (JT) (Entered: 04/12/2023) |
| 04/14/2023 | | Minute Entry for telephone conference held before Magistrate Judge Lois Bloom. The parties called the Court at the start of plaintiff's scheduled deposition due to logistical difficulties with conducting a remote deposition. The Court directed the parties to select a new date to conduct plaintiff's deposition in person at defendant's office. Defendant shall inform the Court of the date and time selected by April 14, 2023. Defendant shall also provide written notice to plaintiff of the date, time, and address of the scheduled deposition. (FTR Log #10:45–11:03). (VP) (Entered: 04/14/2023) |

| | | |
|---|---|---|
| 04/14/2023 | 47 | Letter *Providing Confirmation of Scheduling of Plaintiff's In−Person Deposition* by Danny Su (Difronzo, Luca) (Entered: 04/14/2023) |
| 04/20/2023 | 48 | **SUA SPONTE REPORT AND RECOMMENDATION:** Plaintiff requests leave to amend her complaint. ECF No. 46 . It is respectfully recommended that plaintiff's request to amend should be denied pursuant to 28 U.S.C. § 636(b)(1)(B) for the reasons set forth in the attached Order. Objections to R&R due by 5/4/2023. See attached Order. Ordered by Magistrate Judge Lois Bloom on 4/20/2023. (VP) (Entered: 04/20/2023) |
| 05/03/2023 | 49 | MOTION for Extension of Time to File Response/Reply as to 48 SUA SPONTE REPORT AND RECOMMENDATIONS re 1 Complaint filed by Edna Igartua by Edna Igartua. (JT) (Entered: 05/04/2023) |
| 05/05/2023 | | ORDER granting 49 Motion for Extension of Time to File Response re 48 SUA SPONTE REPORT AND RECOMMENDATIONS re 1 Complaint filed by Edna Igartua . In light of plaintiff's pro se status, and not withstanding her failure to show good cause, plaintiff's request is granted. Plaintiff shall file her objections **no later than 5/12/2023.** Ordered by Judge Eric N. Vitaliano on 5/5/2023. (SW) (Entered: 05/05/2023) |
| 05/11/2023 | 50 | MOTION for Reconsideration re 48 SUA SPONTE REPORT AND RECOMMENDATIONS re 1 Complaint filed by Edna Igartua by Edna Igartua. (JT) (Entered: 05/11/2023) |
| 05/23/2023 | 51 | Letter dated 5/20/2023 from Edna Igartua to US Magistrate Judge Lois Bloom, requesting that the Court grant pltff's request for subpoenas. (SG) (Main Document 51 replaced on 5/24/2023) (SG). (Entered: 05/24/2023) |
| 05/25/2023 | 52 | MEMORANDUM in Opposition re 50 MOTION for Reconsideration re 48 SUA SPONTE REPORT AND RECOMMENDATIONS re 1 Complaint filed by Edna Igartua filed by Danny Su. (Difronzo, Luca) (Entered: 05/25/2023) |
| 05/26/2023 | 53 | Proposed Scheduling Order *for Defendant's Motion for Summary Judgement* by Danny Su (Difronzo, Luca) (Entered: 05/26/2023) |
| 05/30/2023 | 54 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: The R&R is adopted in its entirety and plaintiff's motion for leave to amend her complaint is denied. SO Ordered by Judge Eric N. Vitaliano on 5/25/2023. (JT) (Entered: 05/30/2023) |
| 05/31/2023 | 55 | ORDER: The Court received plaintiff's letter requesting subpoenas. ECF No. 51 . Plaintiff was advised of the discovery deadline by order dated August 23, 2022. ECF No. 28 . Discovery in this matter closed April 24, 2023 after several extensions. Therefore, no subpoenas shall be issued. The next stage of this case will be motion practice, as defendant has proposed a briefing schedule for a motion for summary judgment. ECF No. 53 . Plaintiff shall have the opportunity to respond to defendants motion in accordance with whatever schedule Judge Vitaliano sets. Plaintiff must file her opposition to defendant's motion in a timely fashion in order for the Court to consider it. Plaintiff may contact the City Bar Justice Center Federal Pro Se Legal Assistance Project at 212−382−4729 for limited legal assistance. See attached Order. Ordered by Magistrate Judge Lois Bloom on 5/31/2023. (VP) (Entered: 05/31/2023) |
| 06/01/2023 | | ORDER. The briefing schedule proposed by defendant at 53 is adopted. Defendant shall serve and file his opening papers by June 23, 2023. Plaintiff shall mail her response to the Court by July 14, 2023. Defendant shall serve and file his reply, if any, by July 28, 2023. Because of plaintiff's pro se status, defendant need not comply with Individual Rule III.D (the "Bundling Rule").<br><br>Ordered by Judge Eric N. Vitaliano on 6/1/2023. (SW) (Entered: 06/01/2023) |
| 06/22/2023 | 56 | First MOTION for Extension of Time to File *Defendant's Motion for Summary Judgement* by Danny Su. (Difronzo, Luca) (Entered: 06/22/2023) |
| 06/23/2023 | | ORDER granting 56 Motion for Extension of Time to File. Defendant shall serve his motion by July 14, 2023. Plaintiff shall serve her response by August 4, 2023. Defendant shall serve his reply by August 18, 2023, at which point he shall file the fully briefed motion on ECF in accordance with Individual Rule III.D (the "Bundling Rule"). Ordered by Judge Eric N. Vitaliano on 6/23/2023. (SW) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 06/23/2023 | 57 | Letter dated 6/23/2023 to Judge Vitaliano from Edna Igartua re: this matter. Plaintiff informs the Court that she plans to appeal Judge Vitaliano's decision and will be making a new Amendment. See letter for details. (JT) (Entered: 06/27/2023) |
| 06/30/2023 | 58 | ORDER: The Court received plaintiff's letter requesting a subpoena. ECF No. 57 . The Court previously denied plaintiff's request for subpoenas because discovery closed in this case on April 24, 2023. See Order dated May 31, 2023, ECF No. 55 . As such, no subpoena shall be issued. See attached Order. Ordered by Magistrate Judge Lois Bloom on 6/30/2023. (VP) (Entered: 06/30/2023) |
| 07/13/2023 | 59 | Letter dated 6/28/2023 from Edna Igartua to USMJ Lois Bloom, requesting that the Court not dismiss pltff's case. (Must see letter for further details) (SG) (Additional attachment(s) added on 7/14/2023: # 1 Exhibits) (SG). (Entered: 07/14/2023) |
| 07/20/2023 | 60 | NOTICE OF INTERLOCUTORY APPEAL as to Order on Motion for Extension of Time to File, by Edna Igartua. (VJ) (Entered: 07/21/2023) |
| 07/20/2023 | 61 | MOTION for Extension of Time to File *Notice of Appeal* by Edna Igartua. (VJ) (Entered: 07/21/2023) |
| 07/20/2023 | 62 | MOTION for Leave to Appeal in forma pauperis *Notice of Appeal* by Edna Igartua. (VJ) (Entered: 07/21/2023) |
| 07/21/2023 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 60 Notice of Interlocutory Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 07/21/2023) |
| 07/25/2023 | 63 | NOTICE re 62 MOTION for Leave to Appeal in forma pauperis *Notice of Appeal. NOTICE RE: PENDING MOTION TO PROCEED IN FORMA PAUPERIS. 7/25/2023. USCA# 23−1061. (VJ) (Entered: 07/25/2023)* |
| 07/27/2023 | | ORDER. On April 11, 2023, plaintiff sought leave from the Court to amend her complaint. ECF No. 46 . On May 30, 2023, the Court adopted Magistrate Judge Lois Bloom's Report and Recommendations and denied the motion. ECF No. 54 . Plaintiff filed a notice of appeal on July 20, 2023, 51 days after the order, seeking an interlocutory appeal. ECF No. 60 . A civil plaintiff must file a notice of appeal within 30 days of the order being appealed. Fed. R. App. P. 4(a)(1)(A). Plaintiff's notice of appeal is untimely. Fowler v. City of New York, No. 10−cv−4132 (RJS), 2020 WL 1151297, at *2 (S.D.N.Y. Mar. 10, 2020) (a pro se filing's timeliness "must be determined" by the date "when it was received by the Pro Se Office"). A district court may nonetheless extend the time to file if the moving party "shows excusable neglect or good cause." Fed. R. App. P. 4(a)(5)(ii). Even viewed with the greatest solicitude, see Hardaway v. Hartford Pub. Works Dep't, 879 F.3d 486, 489 (2d Cir. 2018), plaintiff's filings suggest no such circumstances. Plaintiff's motion for extension 61 is denied, and her accompanying in forma pauperis application 62 is dismissed as moot.<br><br>Ordered by Judge Eric N. Vitaliano on 7/27/2023. (SW) (Entered: 07/27/2023) |